# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160

August 29, 2023

**VIA CM/ECF**

Honorable Judge John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street - Courtroom 12D
New York, NY 10007

   Re: Girotto v. Dream Projects NY LLC, et al.
     Case 1:23-cv-04010-JPC

Dear Judge Cronan:

  The undersigned represents the Plaintiff in the above-captioned case matter. Pursuant to the Order [D.E. 9], dated August 17, 2023, whereby Plaintiff is to move for Default Judgment by August 30, 2023, or show cause why this case should not be dismissed for failure to prosecute. Plaintiff states as follows.

  Defendants have now made their appearance [D.E. 10], [D.E. 16], [D.E. 17], and [D.E. 18]. Therefore, the undersigned requests that Order [D.E. 9] be vacated and be rendered moot.

  Thank you for your attention to this matter.

           Sincerely,

         By: /S/ B. Bradley Weitz
           B. Bradley Weitz, Esq. (BW9365)
           THE WEITZ LAW FIRM, P.A.
           Attorney for Plaintiff
           Bank of America Building
           18305 Biscayne Blvd., Suite 214
           Aventura, Florida 33160
           Telephone: (305) 949-7777
           Facsimile: (305) 704-3877
           Email: bbw@weitzfirm.com

The request is granted. The Court's prior order, Dkt. 9, is vacated as moot. Defendant Square-Churchill Mercer LLC's extension request, Dkt. 20, is also vacated as moot in light of the filing of its Answer, Dkt. 22. The Clerk of Court is respectfully directed to close Docket Numbers 19 and 20. The parties are reminded of their obligation to comply with the Court's Initial Pretrial Conference Order, Dkt. 15.

SO ORDERED.
Date: August 30, 2023
New York, New York

           _____
             JOHN P. CRONAN
            United States District Judge